**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6293**

_____

VINCENT ELLIOT WILSON,

            Plaintiff - Appellant,

        v.

BETH ARTHUR, Sheriff; CAPTAIN BURGESS; BRODERICK LINDSEY, Captain,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:22-cv-00602-DJN-MRC)

_____

Submitted:  July 25, 2023                        Decided:  July 28, 2023

_____

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Vincent Elliot Wilson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Elliot Wilson appeals the district court's order dismissing his 42 U.S.C. § 1983 amended complaint as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wilson v. Arthur*, No. 3:22-cv-00602-DJN-MRC (E.D. Va. Mar. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*